IN THE SUPREME COURT OF THE STATE OF DELAWARE

TYREEK EVANS-MAYES, §
§
    Defendant Below, § No. 479, 2016
    Appellant, §
§ Court Below—Superior Court
    v. § of the State of Delaware
§
STATE OF DELAWARE, § Cr. ID No. 1111012229
§
    Plaintiff Below, §
    Appellee. §

Submitted: January 27, 2017
Decided: March 6, 2017

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices.

## **O R D E R**

This 6th day of March 2017, after careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment of the Superior Court should be affirmed on the basis of its August 25, 2016 order.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice

---

[1] *Evans-Mayes v. State*, 2016 WL 4502303 (Del. Aug. 25, 2016).